IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN MICHAEL PREAVY, #323613, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 3:22-cv-706-ECM ) (WO) |
| LEE COUNTY DISTRICT ATTORNEY'S OFFICE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM OPINION and ORDER**

On March 6, 2023, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED prior to service of process as time-barred and for failure to state a claim on which relief can be granted.

A separate Final Judgment will be entered.

DONE this 24th day of April, 2023.

                                    /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE